NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TOSHIBA CORPORATION,**
*Plaintiff-Appellant,*

v.

**IMATION CORP., MOSER BAER INDIA LTD., GLYPHICS MEDIA, INC., CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP., RITEK CORP., AND ADVANCED MEDIA, INC.,**
*Defendants-Appellees.*

---

2011-1204

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 09-CV-0305, Magistrate Judge Stephen L. Crocker.

---

**TOSHIBA CORPORATION,**
*Plaintiff-Appellee,*

v.

**IMATION CORP., MOSER BAER INDIA LTD., GLYPHICS MEDIA, INC., CMC MAGNETICS CORP., HOTAN CORP., KHYPERMEDIA CORP., RITEK CORP., AND ADVANCED MEDIA, INC.,**

*Defendants-Appellants.*

---

2011-1222

---

Appeal from the United States District Court for the Western District of Wisconsin in case no. 09-CV-0305, Magistrate Judge Stephen L. Crocker.

---

**ON MOTION**

---

**O R D E R**

Imation Corp., Moser Baer India Ltd., Glyphics Media, Inc., CMC Magnetics Corporation, Hotan Corporation, Khypermedia Corporation, Ritek Corporation and Advanced Media, Inc., move to dismiss their cross appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion to dismiss 2011-1222 is granted. Each side shall bear its own costs in 2011-1222.

(2) The revised official caption for 2011-1204 is reflected above.

FOR THE COURT

__MAR 14 2011__
     Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Deanne E. Maynard, Esq.
     Alan D. Smith, Esq.

s21

Issued As A Mandate (As To 2011-1222 Only): __MAR 14 2011__

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 14 2011

**JAN HORBALY**
**CLERK**